United States Bankruptcy Court
Middle District of Georgia

| | |
|---|---|
| IN RE:<br>Earl Stanley Woods<br>Kimberly Monique Woods<br>4007 Walston Dr.<br>Albany, GA 31721-9296 | Chapter 13<br><br>Case No. 10-12093-AEC |

Transmittal of Unclaimed Funds

Now comes the Chapter 13 Trustee and transmits to Kyle George, Clerk of the United States Bankruptcy Court, the sum of $217.75 in unclaimed funds of Alltel, creditor.

Last Known Address (Most recent listed left to right):

Alltel
One Allied Dr.
Little Rock, AR 72202

Dated: 3/16/2016

/s/ A. Kristin Hurst

A. Kristin Hurst. Trustee